Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 GJ 1272 | DATE | MARCH 11, 2008 |
| CASE TITLE | US v. STEVEN STURDIVANT & YASMEEN STURDIVANT | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING AND REQUEST TO SEAL**

The Grand Jury for the SPECIAL FEBRUARY 2008-1 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge Ashman   JUDGE KENNELLY

08CR206

FILED
MAR 11 2008
NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Docket Entry: 08CR 206

MAGISTRATE JUDGE DENLOW

TO SET PRELIMINARY BAIL AT $500,000.00 (SECURED) AS TO STEVEN STURDIVANT. TO ISSUE BENCH WARRANT, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO YASMEEN STURDIVANT. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DEFENDANT OR BY FURTHER ORDER OF THE COURT.

DO NOT SEAL ARREST WARRANT.

SIGNATURE OF JUDGE _____ (ONLY IF FILED UNDER SEAL)
OR MAGISTRATE JUDGE

BW issued 3/12/08

| | No notices required, advised in open court. | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|
| | No notices required. | | | | |
| | Notices mailed by judge's staff. | | | Date docketed | |
| | Notified counsel by telephone. | | | Docketing dpty. initials | |
| | Docketing to mail notices | | | | |
| | Mail AO 450 form. | | | Date mailed notice | |
| | Copy to judge/magistrate judge. | | | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |