# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 206 | **DATE** | 3/19/2008 |
| **CASE TITLE** | USA vs. Yasmeen Studivant | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion to unseal indictment is granted. Clerk of Court is directed to unseal case and to modify the case title to reflect the change.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | OR |
|---|---|---|