IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 08 CR 206 |
| v. | ) | |
| | ) | Honorable Matthew Kennelly, |
| YASMEEN STURDIVANT, | ) | *Judge Presiding* |
| *Defendant.* | ) | |

## **MOTION TO MODIFY PRETRIAL RELEASE ORDER**

The defendant, Yasmeen Sturdivant, by counsel, Susan Pavlow, respectfully requests the Court to amend the pretrial release order to allow the property located at 325 West 108th Place, Chicago, Illinois, to be posted as the defendant's bond in this matter.

1.    The indictment charges the defendant with three counts of wire fraud in violation of 18 U.S.C. §1343.

2.    On March 19, 2008, the Court granted the defendant pretrial release upon the posting of her home, located at 23820 Sara Court, Crete, Illinois, which was anticipated to have approximately $50,000 in equity.

3.    The defendant's home at 23820 Sara Court, Crete, Illinois, cannot secure the bond in this case in light of the fact that the taxes have been sold, as well as the existence of an additional mortgage that would diminish the equity value.

4.    In the alternative, the defendant's family has property located at 325 West 108th Place, Chicago, Illinois, to post as bond in this matter.  The owner of the property is Walter Fields, the husband of the defendant's mother.  Both Mr. Fields and the defendant's mother, Deloris Fields, reside at the property.  The property has approximately $44,000 in equity.

Documentation regarding the property, including a recent title commitment, appraisal, payoff statement, and tax statement, has been tendered to the government's counsel for review.

5.      Should the Court allow the proposed property to secure the defendant's pretrial release, the defendant would comply with any other conditions imposed by the Court.

WHEREFORE the defendant respectfully requests the Court to enter an order allowing the property located at 325 West 108th Place, Chicago, Illinois to be posted as bond in this matter.

Respectfully submitted,


/s/ Susan M. Pavlow
Susan M. Pavlow

SUSAN M. PAVLOW
Attorney for defendant
53 West Jackson Boulevard, Suite 1460
Chicago, Illinois  60604
312-322-0094


## CERTIFICATE OF SERVICE

I hereby certify that the defendant's Motion to Modify Pretrial Release Order was served this 19th day of May, 2008, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Susan M. Pavlow
Susan M. Pavlow
53 West Jackson Boulevard, Suite 1460
Chicago, Illinois  60604
312-322-0094