IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 08 CR 206-2 |
| v. | ) | |
| | ) | Honorable Matthew Kennelly, |
| YASMEEN STURDIVANT, | ) | *Judge Presiding* |
| *Defendant*. | ) | |

## NOTICE OF MOTION

**TO:   Mr. Brandon Fox**
**Assistant United States Attorney**
**219 South Dearborn Street, 5th Floor**
**Chicago, Illinois 60604**

**PLEASE TAKE NOTICE** that on the 21st day of May, 9:30 a.m. this cause is set to be heard on the defendant's Motion to Modify Pretrial Release Order before the Honorable Matthew Kennelly, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604

The undersigned, an attorney, certifies that she caused a copy of the pleading, along with this Notice, to be served upon the person named above in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electric Case Filing (ECF) pursuant to the district court's system as to ECF filers on May 19, 2008.


                                           s/ Susan M. Pavlow
                                           Susan M. Pavlow


Law Offices of Susan M. Pavlow
53 West Jackson Blvd., Suite 1460
Chicago, Illinois 60604
(312) 322-0094