## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 206 | **DATE** | 5/21/2008 |
| **CASE TITLE** | USA vs. Yasmeen Sturdivant | | |

**DOCKET ENTRY TEXT**

Defendant's motion to modify conditions of release is granted.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|