UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| YASMEEN STURDIVANT ) | |
| ) | No. 08 CR 206-2 |
| ) | Judge Matthew F. Kennelly |

### FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on May 21, 2008, and for and in consideration of bond being set by the Court for defendant YASMEEN STURDIVANT, in the amount of $ 50,000_____, being partially secured by real property, defendant YASMEEN STURDIVANT hereby warrants and agrees:

1. WALTER FIELDS warrants that he is the sole record owner and titleholder of the real property located at _____ Chicago, IL, described legally as follows:

> THE EAST 8 FEET OF LOT 10 AND THE WEST 26 FEET OF LOT 9 IN BLOCK 3 IN BARTLETT'S ROSELAND SUBDIVISION OF LOT 42 AND THE NORTH ½ OF LOT 47 (EXCEPT THE WEST 67 FEET OF SAID LOTS) IN SCHOOL TRUSTEES' SUBDIVISION OF SECTION 16, TOWNSHIP 37 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN ACCORDING TO THE PLAT THEREOF RECORDED APRIL 20, 1909 AS DOCUMENT 4361546, IN COOK COUNTY, ILLINOIS.

P.I.N.: 25-16-411-040-0000.

WALTER FIELDS warrants that there are two outstanding mortgages against the subject property and that the equitable interest in the real property is at least $44,000.

2. WALTER FIELDS agrees that his equitable interest in the above-described real property may be forfeit to the United States of America should the defendant YASMEEN STURDIVANT fail to appear as required by the Court or otherwise violate any condition of the

Court's order of release. WALTER FIELDS further understands and agrees that, if defendant YASMEEN STURDIVANT should violate any condition of the Court's release order, and his equity in the property is less than $44,000, he will be liable to pay any negative difference between the bond amount of $ 50,000 and his equitable interest in the property, and WALTER FIELDS hereby agrees to the entry of a default judgment against him for the amount of any such difference. WALTER FIELDS has received a copy of the Court's release order and understands its terms and conditions. Further, the surety understands that the only notice he will receive is notice of court proceedings.

3. WALTER FIELDS further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. WALTER FIELDS understands that should defendant YASMEEN STURDIVANT fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. WALTER FIELDS furthers agrees that he will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish his interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. WALTER FIELDS further understands that if he has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant

2

YASMEEN STURDIVANT, he is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. WALTER FIELDS agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. WALTER FIELDS hereby declares under penalty of perjury that he has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 5/21/08

*Walter Fields*
**WALTER FIELDS**
**SURETY/GRANTOR**

Date: 5/21/08

*[signature]*
Witness

Return to:

Ann Bissell
U.S. Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
/km

3