IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>　　　　*Plaintiff,*　　　　　　　　)  <br>　　　　　　　　　　　　　　　　　　) | Case No. 08 CR 206 |
| v.　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | Honorable Matthew Kennelly, |
| YASMEEN STURDIVANT,　　　　　) | Judge Presiding |
| 　　　　*Defendant*.　　　　　　　　) | |

**UNOPPOSED MOTION FOR ADDITIONAL
TIME TO FILE PRETRIAL MOTIONS**

　　　　The defendant, Yasmeen Sturdivant, by counsel, Susan M. Pavlow, respectfully requests the Court to enter an order extending the time to file pretrial motions. In support, the following is offered.

　　　　1.　　　　The indictment charges the defendant in Counts One through Three with wire fraud in violation of 18 U.S.C. §1343. Pretrial motions are scheduled to be filed on June 20, 2008.

　　　　2.　　　　Counsel for defendant has received the discovery in this matter, which encompasses over 1000 pages of material. As a result, additional time is needed to continue the review of the discovery as well as confer with the defendant in order to determine the appropriate pretrial motions to be filed. As such, the defendant respectfully requests the Court to extend the filing date for pretrial motions for sixty days.

　　　　3.　　　　The defendant's request for additional time to file pretrial motions is not a request for an extension or continuance of the trial date set for December 1, 2008.

　　　　4.　　　　Counsel for defendant has conferred with Assistant United States Attorney Brandon Fox who has no objection to defendant's request.

WHEREFORE the defendant respectfully requests the Court to enter an order allowing an additional sixty (60) days, or any other such time, to file pretrial motions in this matter.

Respectfully submitted,

/s/ Susan M. Pavlow
Susan M. Pavlow

SUSAN M. PAVLOW
Attorney for defendant
53 West Jackson Boulevard, Suite 1460
Chicago, Illinois  60604
312-322-0094

## CERTIFICATE OF SERVICE

I hereby certify that the Unopposed Motion for Additional Time to File Pretrial Motions was served this 16th day of June, 2008, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Susan M. Pavlow
Susan M. Pavlow
53 West Jackson Boulevard, Suite 1460
Chicago, Illinois  60604
312-322-0094