IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 08 CR 206 |
| v. | ) | |
| | ) | Honorable Matthew Kennelly, |
| YASMEEN STURDIVANT, | ) | Judge Presiding |
| *Defendant*. | ) | |

## NOTICE OF MOTION

**TO:**   **Mr. Brandon Fox**
**Assistant United States Attorney**
**219 South Dearborn Street, 5th Floor**
**Chicago, Illinois 60604**

**PLEASE TAKE NOTICE** that on the 19th day of June, 2008, at 9:30 a.m. this cause is set to be heard on the Unopposed Motion for Additional Time to File Pretrial Motions before the Honorable Matthew Kennelly, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604

The undersigned, an attorney, certifies that she caused a copy of the pleading, along with this Notice, to be served upon the person named above in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electric Case Filing (ECF) pursuant to the district court's system as to ECF filers on June 16, 2008.

s/ Susan M. Pavlow
Susan M. Pavlow

Law Offices of Susan M. Pavlow
53 West Jackson Blvd., Suite 1460
Chicago, Illinois 60604
(312) 322-0094