# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 206 | **DATE** | 6/23/2008 |
| **CASE TITLE** | USA vs. Yasmeen Sturdivant | | |

**DOCKET ENTRY TEXT**

Unopposed motions for additional time to file pretrial motions is granted.  Deadline is extended to 8/20/2008.  Response to motions due 9/10/2008; reply brief by 9/17/2008.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|